James A. Stankowski, SBN 106367
Tae S. Um, SBN 230194
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Email: James.Stankowski@wilsonelser.com
Tae.Um@wilsonelser.com

Attorneys for Defendant
IRONSHORE SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURAUPAIR INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No.: 8:17−cv−01661−JVS−DFM <br><br> **JUDGMENT OF DISMISSAL** <br><br> Judge: Hon. James V. Selna <br> Complaint filed: September 24, 2017 |

Having considered all the papers and arguments in support of and in opposition to the Motion to Dismiss the Second Amended Complaint (Dkt. No. 38) filed by Defendant Ironshore Specialty Insurance Company ("Defendant), and the Court having GRANTED Defendant's motion in its entirety, for the reasons set forth in its Order entered on June 20, 2018 (Dkt. No. 43), pursuant to Fed. R. Civ. P. 12(b)(6);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Second Amended Complaint is dismissed with prejudice;
2. Judgment is entered in favor of Defendant Ironshore Specialty Insurance Company, and against Plaintiff Euraupair International, Inc.;
3. Plaintiff shall take and recover nothing in this action, and
4. Requests for costs may be made by application to the Clerk of the Court.

This document constitutes a judgment and a separate document for the purposes of Federal Rule of Civil Procedure 58(a).

BY THE COURT

Dated: July 16, 2018  _____

Hon. James V. Selna

| | | |
|---|---|---|
| 1 | Dated: June 26, 2018 | Respectfully Submitted, |
| 2 | | |
| 3 | | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

By:   /s/ *Tae S. Um*
James A. Stankowski
Tae S. Um
Attorneys for Defendant IRONSHORE SPECIALTY INSURANCE COMPANY

,

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CASE NAME: EURAUPAIR INTERNATIONAL, INC v. IRONSHORE SPECIALTY INSURANCE COMPANY

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 S. Flower Street, Suite 2900, Los Angeles, California 90071.

On June 26, 2018, I served the foregoing document described as: **[PROPOSED] JUDGMENT OF DISMISSAL** on the interested parties on this action as follows:

Steven Brower, Esq.
Brower Law Group
26062 Red Corral Road
Laguna Hills, CA 92653
Steve@BrowerLawGroup.com
Tel: (714) 549-5150
Attorneys for Plaintiff

[X]  **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

[**XX** (Federal)] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 26, 2018, at Los Angeles, California.

*/s/ Patricia L. Pardo*
Patricia L. Pardo

---

[PROPOSED] JUDGMENT OF DISMISSAL

3084727v.1